IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| W.M. BARR & COMPANY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTH AMERICAN CAPACITY INSURANCE ) <br> COMPANY, AS SUCCESSOR IN INTEREST TO ) <br> UNDERWRITERS INSURANCE CO AS TO ) <br> POLICY NUMBER BCG000432 ) <br> ) <br> Defendant-Third Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEXINGTON INSURANCE COMPANY ) <br> ) <br> Third-Party Defendant. ) | No. 03-2969BA |

## CERTIFICATE OF CONSULTATION

The undersigned certifies that he has communicated by electronic mail with counsel of record for all parties in this matter and consulted with them about this Motion, in compliance with Rule 7 of the Local Rules of this Court. They expressed no opposition to the Motion.

Respectfully submitted, this the 2 day of May, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-6-05

_____
John R. Branson (#10913)
Attorney for Defendant-Third Party, Lexington Insurance Company
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
6075 Poplar Ave., Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the below listed attorney of record via United States mail, postage prepaid, this the ____ day of _____, 2005.

James C. Wright
BUTLER, VINES & BABB, PLLC
2701 Kingston Pike
Post Office Box 2649
Knoxville, TN 37901-2649
**Attorney for North American Capacity Insurance Company**

Robert V. Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway, Suite A
Jackson, TN 38305
**Attorney for W. M. Barr & Company, Inc.**

_____
John R. Branson

MEMPHIS 162811v1

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02969 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James C. Wright
BUTLER VINES & BABB
First American Center
Ste. 810
Knoxville, TN 37901--264

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT