IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 MAY -5 AM 11: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| W.M. BARR & COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, AS SUCCESSOR IN INTEREST TO UNDERWRITERS INSURANCE CO AS TO POLICY NUMBER BCG000432<br><br>Defendant-Third Party Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Third-Party Defendant. | No. 03-2969BA |

### ORDER GRANTING LEXINGTON INSURANCE COMPANY LEAVE TO FILE THIRD-PARTY COMPLAINT

The Court, having considered the Motion of Lexington Insurance Company for Leave to File Third-Party Complaint, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is granted and Lexington Insurance Company is hereby granted leave to file its Third-Party Complaint.

DISTRICT JUDGE J. DANIEL BREEN

Date: May 4, 2005

APPROVED:

*[signature]*

John R. Branson, #10913
Attorney for Third-Party Defendant,
Lexington Insurance Company
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue, Ste. 500
Memphis, TN  38119
Ph: (901) 680-7200

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02969 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

James C. Wright
BUTLER VINES & BABB
First American Center
Ste. 810
Knoxville, TN 37901--264

Honorable J. Breen
US DISTRICT COURT