IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ ___ D.C.

05 JUN 27  PM 12: 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

W.M. BARR & COMPANY, INC.,

    Plaintiffs,

vs.

                                  NO.: 03-2969BA

NORTH AMERICAN CAPACITY INSURANCE
COMPANY, AS SUCCESSOR IN INTEREST TO
UNDERWRITERS INSURANCE CO AS TO
POLICY NUMBER BCG000432

    Defendant – Third Party Plaintiff,

vs.

LEXINGTON INSURANCE COMPANY,

    Third-Party Defendant – Third-Party Plaintiff,

vs.

ADMIRAL INSURANCE COMPANY; LIBERTY
MUTUAL INSURANCE COMPANY; LIBERTY
MUTUAL FIRE INSURANCE COMPANY;
AMERICAN EMPIRE GROUP; AMERICAN
EMPIRE INSURANCE COMPANY; AMERICAN
EMPIRE SURPLUS LINES INSURANCE COMPANY;
HOME INSURANCE COMPANY; STEADFAST
INSURANCE COMPANY; AND ZURICH AMERICAN
INSURANCE COMPANY,

    Third-Party Defendants.

**ORDER GRANTING MOTION OF DEFENDANT, ADMIRAL INSURANCE COMPANY,
TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-28-05_

64

This cause came upon the motion of defendant, Admiral Insurance Company, for an extension to July 15, 2005 within which to file responsive pleadings in this cause. This motion is found to be meritorious and well taken.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that said defendants be and are hereby allowed until ~~June 15, 2004~~ *July 15, 2005 STA* within which to file responsive pleadings in this cause.

JUDGE: *S. Thomas Anderson*

DATE ____ *June 24, 2005*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon Robert V. Redding, counsel for W.M. Barr & Company, Inc, at 464 North Parkway, Suite A, Jackson, Tennessee 38305; James C. Wright, counsel for North American Capacity Insurance Company, et 2701 Kingston Pike, P.O. Box 2649, Knoxville, Tennessee 37901-2649; and John R. Branson, counsel for Lexington Insurance Company, at 6075 Poplar Avenue, Suite 500, Memphis, Tennessee 38119, via U. S. Mail, postage prepaid, this the 21st day of June, 2005.

MOLLY GLOVER

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CV-02969 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

James C. Wright
BUTLER VINES & BABB
First American Center
Ste. 810
Knoxville, TN 37901--264

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Larry H. Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Molly Glover
254 Court Ave.
Memphis, TN 38103

Glanker Brown

,

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT