IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 27 PM 12: 3

ROBERT R. DI TROLIO
CLERK, U.S. DISTRICT
W.D. OF TN, MEMPHIS

W.M. BARR & COMPANY, INC.,

    Plaintiff,

v.

NORTH AMERICAN CAPACITY INSURANCE
COMPANY, AS SUCCESSOR IN INTEREST
TO UNDERWRITERS INSURANCE CO. AS
TO POLICY NO. BCG000432,

    Defendant/Third-Party Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Third-Party Defendant/Third-Party Plaintiff,

v.

ADMIRAL INSURANCE COMPANY; LIBERTY
MUTUAL INSURANCE COMPANY; LIBERTY
FIRE INSURANCE COMPANY; AMERICAN
EMPIRE GROUP; AMERICAN EMPIRE
INSURANCE COMPANY; AMERICAN EMPIRE
SURPLUS LINES INSURANCE COMPANY; HOME
INSURANCE COMPANY; STEADFAST INSURANCE
COMPANY, and ZURICH AMERICAN INSURANCE
COMPANY,

    Third-Party Defendants.

No.: 03-2969 BA

**ORDER GRANTING STEADFAST INSURANCE COMPANY'S
AND ZURICH AMERICAN INSURANCE COMPANY 'S
MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE A RESPONSIVE PLEADING**

It appearing to the Court that Third-Party Defendants, Steadfast Insurance Company ("Steadfast") and Zurich American Insurance Company ("Zurich"), have moved the Court to extend the time within which they must respond to the Third-Party Complaint filed against them by Lexington Insurance Company ("Lexington"), and it also appearing to the Court that said motion is well taken,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the time within which Steadfast and Zurich must respond to the Third-Party Complaint shall be and the same hereby is enlarged through and including July 21, 2005.

SO ORDERED this 24th day June 2005.

*S. Thomas Anderson USMJ*
~~J. DANIEL BREEN~~
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CV-02969 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

James C. Wright
BUTLER VINES & BABB
First American Center
Ste. 810
Knoxville, TN 37901--264

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Larry H. Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Molly Glover
254 Court Ave.
Memphis, TN 38103

Glanker Brown
,

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT